IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REGINA R. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 18-0048-CG-B |
| ) | |
| THE INFIRMARY FEDERAL ) | |
| CREDIT UNION, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Plaintiff having filed a Notice of Dismissal with Prejudice (Doc. 39), and there having been no answers or motions for summary judgment filed to date,[1] this action is hereby **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 30th day of April, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In light of the foregoing, Defendant's Motion to Dismiss Amended Complaint (Doc. 34) is deemed to be **MOOT**.